**GERAGOS & GERAGOS**

A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
GERAGOS@GERAGOS.COM

MARK J. GERAGOS    SBN 108325
Attorneys for Plaintiff SHYAM CHETAL

IT IS SO ORDERED

Judge Vaughn R. Walker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SHYAM CHETAL,<br><br>               Qui Tam Plaintiff,<br><br>     vs.<br><br>OLD REPUBLIC TITLE COMPANY, a California corporation; BANK OF AMERICA, a Delaware corporation; LEONA LLC, a California limited liability company; THE DE SILVA GROUP, LLC, a California limited liability company; A.D. SEENO CONSTRUCTION CO., INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No.: C08-04615 VRW<br><br>QUI TAM PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br><br><br><br><br>*Honorable Chief Judge*<br>*Vaughn R. Walker*<br>*Courtroom 6* |

TO THE HONORABLE CHIEF JUDGE VAUGHN R. WALKER:

Pursuant to Rule 41(A)(i) of the Federal Rules of Civil Procedure, <u>Qui Tam</u> Plaintiff, United States of America *ex rel.* Shyam Chetal, (hereinafter "Plaintiff"), by and through his counsel of record, Mark J. Geragos of Geragos & Geragos, APC., hereby files this Notice of Voluntary Dismissal Without Prejudice.

1        It it is contrary to the interest of justice to litigate this matter at this time.

2    Plaintiff therefore files his Notice of Voluntary Dismissal Without Prejudice to

3    refiling at a later date.

4

5    DATED: July 9, 2010                          GERAGOS & GERAGOS, APC

6

7                                    By: _____

8                                         MARK J. GERAGOS
                                          Attorney for Plaintiff
9                                         SHYAM CHETAL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28